# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JULIE BORBA, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-04172-VAP-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exits, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: September 19, 2019

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4823-8730-9730 v1
05104-0034

- 1 -

CASE NO. 2:19-CV-04172-VAP-PLA
STIPULATED PROTECTIVE ORDER